

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN, TEXAS

PRICE DANIEL
ATTORNEY GENERAL

FAGAN DICKSON
FIRST ASSISTANT

April 24, 1948

Hon. L. E. King
County Attorney
Sabine County
Hemphill, Texas

Opinion No. V-553

Re: Authority of Commis-
sioners' Court to at-
tach land to a Stock
Law District which is
not adjacent thereto.

Dear Mr. King:

Your request for an opinion is substantially
as follows:

"Can the Commissioners' Court of
the County, upon the petition of 13
freeholders, none of whose land adjoins
the Stock Law District that was creat-
ed by the Municipality, order the terri-
tory attached to the Municipality, where
there is a tract of land between the
Municipality and the 13 petitioners whose
owner has not petitioned to become a part
of the Stock Law District?

"I have advised the Commissioners'
Court that they could not join the Muni-
cipality (which has a Stock Law District)
and run their lines through the tract that
adjoined the Municipality (but was between
the Municipality and the petitioners) with-
out the consent of the owner of the tract
so intervening."

Article 6931, V. C. S., is as follows:

"Whenever there is territory between
two (2) subdivisions of a county which
have adopted a stock law, or when there
is territory adjoining a subdivision which
has adopted a stock law, in a county, or
in an adjoining county, and in such terri-
tory there are less than fifty (50) free-
holders, an election shall be ordered on

a petition of a majority of the freeholders
residing in such territory by the Commis-
sioners Court of the County in which the
territory lies, and the election shall be
held as provided by law in other cases re-
lating to the adoption of the stock law.
If there be less than twenty (20) free-
holders in such intervening or adjoining
territory, then on petition of a majority
of the owners of the land to said Commis-
sioners Court, the said Commissioners Court
shall issue an order extending the stock
law to said territory and the same shall
be included in the territory of such ad-
joining subdivision; in cases where there
are no freeholders on such intervening or
adjoining territory, then on the petition
of the owner or owners of the land to said
Commissioners Court, the said Court shall
issue an order extending the stock law to
said territory, and the same shall be in-
cluded in the territory of such adjoining
subdivision; and any person or persons who
own lands adjoining any other lands which
have been added to territory in which a
stock law prevails, shall have the same
right, and on petition of the owner or
owners of such lands to the said Court,
the said Court shall issue an order ex-
tending the stock law to said territory,
and the same shall be included in the
territory of such adjoining subdivision."

Your factual situation reflects that the land
of the petitioners does not adjoin the Stock Law Dis-
trict but that there is a tract of land intervening be-
tween the Stock Law District and that of the petition-
ers.

The construction placed upon Article 6931,
V. C. S., in the case of Tubbe v. Sample, 62 S.W.(2d)
362 (Civ. App. error dismissed, 1933) is to the effect
that any defined territory which adjoins a Stock Law
District may be added to such district upon petition of
the owners. In requiring the attached lands to be ad-
jacent to the district or subdivision to which they are
added for stock law purposes, it was the evident intent
of the Legislature to prevent the attaching of segrega-
ted tracts or territory not actually connected with the

stock law district, thus insuring that such district shall at all times be a single, well defined subdivision.

It will be readily seen that the tract of land referred to in your request does not come within the meaning of Article 6931 and, therefore, it is the opinion of this department that the Commissioners' Court may not join land to a Stock Law District which is not adjacent but has an intervening tract of land between the district and the territory to be joined.

## SUMMARY

A Commissioners' Court may not attach land to a Stock Law District where such land is not adjacent but has an intervening tract of land between the Stock Law District and the territory to be attached.

Yours very truly,

ATTORNEY GENERAL OF TEXAS

By Burnell Waldrep
Burnell Waldrep
Assistant

BW:mw

APPROVED:

FIRST ASSISTANT
ATTORNEY GENERAL